Snyder's Potato Chips, Inc., Appellant, *v.* Hanover Canning Company.

Argued January 22, 1969.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Harold Cramer,* with him *Arthur N. Brandolph,* and *Mesirov, Gelman, Jaffe & Levin,* and *Carrington Shields,* of the Washington, D. C. Bar, for appellant.

*W. Bradley Ward,* with him *Ira P. Tiger, Norman T. Petow, John R. Miller,* and *Schnader, Harrison, Segal & Lewis,* for appellees.

OPINION BY MR. CHIEF JUSTICE BELL, April 23, 1969:

Decree affirmed, each party to pay own costs.

Mr. Justice COHEN would vacate and remand.